■ ALTERNATIVE AUTOMOTIVE, INC., Respondent, v JAMES J. MOWBRAY, Appellant. — Order unanimously reversed, on the law and facts, without costs, and motion granted. Memorandum: Defendant's motion to vacate a default judgment was denied by Special Term on constraint of *Barasch v Micucci* (49 NY2d 594) and *Eaton v Equitable Life Assur. Soc.* (56 NY2d 900). A subsequent statutory amendment restored discretion to excuse default based on law office failure (see L 1983, ch 318). The new law applies to all cases still pending before a court (*Weissblum v Mostafzafan Foundation,* 60 NY2d 637). The reasons for the brief default herein were excusable, and questions of fact suggesting a meritorious defense are raised by the verified answer, which may be regarded as an affidavit (CPLR 105, subd [t]). (Appeal from order of Supreme Court, Erie County, Cook, J. — vacate default judgment.) Present — Dillon, P. J., Callahan, Doerr, O'Donnell and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEREDO LABRADOR, Appellant. — Judgment unanimously modified, as a matter of discretion in the interest of justice, to reduce the sentence imposed to a maximum of 10 years and a minimum of 3½ years, and, as modified, the judgment is affirmed. (Appeal from judgment of Monroe County Court, Bergin, J. — manslaughter, first degree.) Present — Hancock, Jr., J. P., Denman, Boomer, Green and Schnepp, JJ.